HENRY A. ENGEL, Respondent, *v.* CUSHMAN'S SONS, INC.,
Appellant.

MARY G. ENGEL, Respondent, *v.* CUSHMAN'S SONS, INC.,
Appellant.

*Appeal — order of Appellate Division reversing judgment and granting
new trial — appeal withdrawn.*

Reported below, 206 App. Div. 777.

(Argued January 16, 1924; decided February 26, 1924.)

APPEAL in each of the above-entitled actions from an
order of the Appellate Division of the Supreme Court
in the second judicial department, entered July 24, 1923,
reversing a judgment in favor of plaintiff entered upon a
verdict and granting a new trial.

*George F. Hickey* and *William Butler* for appellant.

*George R. Brennan* for respondents.

Withdrawal of appeal in each case permitted on payment of costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.